John K. Buche (Bar No. 239477) (Local Counsel)
Byron E. Ma (Bar No. 299706)
BUCHE AND ASSOCIATES, P.C.
2029 Century Park East, Suite 400N
Los Angeles, CA 90067
Tel: (310) 593-4193
Fax: (858) 430-2426
jbuche@buchelaw.com
bma@buchelaw.com

John H. Choi (*Pro Hac Vice* Forthcoming)
John H. Choi & Associates LLC
65 Challenger Road, Suite 100
Ridgefield Park, NJ 07660
Tel: (201) 580-6600
Fax: (201) 625-1108
jchoi@jchoilaw.com

Attorneys for Defendant
Beauty Plus Trading Co., Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEU BABY, a California LLC,<br><br>Plaintiff,<br><br>v.<br><br>BEAUTY PLUS, a business entity of unknown form,<br><br>Defendant. | Case No.  2:21-cv-07350-MCS-AGR<br><br>**NOTICE OF DEFENDANT'S MOTION TO DISMISS OR TRANSFER VENUE**<br><br>Hearing Date: November 15, 2021<br>Time: 9:00am<br>Courtroom 7C<br>Judge: Hon. Mark C. Scarsi<br><br>Complaint Filed September 14, 2021 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

PLEASE TAKE NOTICE that on November 15, 2021, at 9:00am, or as soon thereafter as this matter can be heard before the Honorable Mark C. Scarsi of the United States District Court for the Central District of California, at 350 West 1st Street, Courtroom 7C, 7th Floor, Los Angeles, CA, 90012, Defendant Beauty Plus will move for an order dismissing Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12 Rule (b)(6) or to transfer venue pursuant to 28 U.S.C.§ 1404.

This motion is based on this Notice of Motion; Memorandum of Points and Authorities; the Declaration of John H. Choi; and all exhibits thereto; and any further argument as may be presented to the Court prior to or at the hearing on this motion, or subsequent thereto as permitted by the Court.

The deadline for Defendant to Answer or otherwise respond to the Complaint is October 13, 2021. (ECF Doc. 18). Defendant retained local counsel on October 7, 2021 and immediately contacted Plaintiff's counsel to schedule a meet and confer and requested a 2 week extension to file a response to the Complaint to allow the parties to complete the meet and confer 7 days prior to the response. Counsel for Plaintiff, Erik Syverson, denied the request for a 2 week extension to file a response. Plaintiff's counsel and counsel for Defendant, John H. Choi and John K. Buche, held a telephonic meet and confer on October 11, 2021, but were unable to resolve the issues in the present motion.

2
NOTICE OF MOTION TO DISMISS OR TRANSFER VENUE

Dated:  October 13, 2021

BUCHE AND ASSOCIATES, P.C.

By: */s/ John K. Buche*
  John K. Buche (Bar No. 239477)
  Byron E. Ma (Bar. No. 299706)
  2029 Century Park East, Suite 400N
  Los Angeles, CA 90067
  Tel: (310) 593-4193
  Fax: (858) 430-2426
  jbuche@buchelaw.com
  bma@buchelaw.com

John H. Choi (*Pro Hac Vice* Forthcoming)
JOHN H. CHOI & ASSOCIATES, LLC
65 Challenger Road, Suite 100
Ridgefield Park, NJ 07660
Tel: (201) 580-6600
Fax: (201) 625-1108
jchoi@jchoilaw.com

Attorneys for Defendant
Beauty Plus Trading Co., Inc

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of October, 2021, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Central District of California, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ John K. Buche*
  John K. Buche